IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES GLENN NORMAN JR.,

    Petitioner,                  No. CIV S-06-2235 MCE DAD P

    vs.

JOHN DOVEY, et al.,

    Respondents.             ORDER

_____/

Petitioner has requested an extension of time to submit the filing fee or an in forma pauperis application pursuant to the court's order filed November 9, 2006.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's December 4, 2006 motion for extension of time to submit the filing fee or an in forma pauperis application is granted; and

2. Petitioner is granted thirty days from the date of this order in which to submit either the $5.00 filing fee or an application to proceed in forma pauperis.

DATED: December 26, 2006.

                                                /s/ Dale A. Drozd
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
rm2235.111