IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES GLENN NORMAN, JR.,

    Petitioner,               No. CIV S-06-2235 MCE DAD P

    vs.

JOHN DOVEY, et al.,

    Respondents.          <u>ORDER</u>

                              /

        Petitioner has requested an extension of time to file an amended petition pursuant to the court's order of April 12, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 11, 2007 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file an amended petition.

DATED: May 16, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
nom2235.111(3)