IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES GLENN NORMAN, JR.,

           Petitioner,                 No. CIV S-06-2235 MCE DAD P

    v

JOHN DOVEY,

           Respondent.              <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file an amended petition pursuant to the court's order of October 8, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's November 19, 2008 request for an extension of time (Doc. No. 19) is granted; and

        2.  Petitioner is granted sixty days from the date of this order in which to file an amended petition.

DATED: November 25, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
norm2235.amp