1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 CHARLES GLENN NORMAN JR.,

11           Petitioner,               No. CIV S-06-2235 MCE DAD P

12    vs.

13 JOHN DOVEY, et al.,

14           Respondents.       <u>ORDER</u>

15 _____/

16         Petitioner, a state prisoner proceeding pro se, has filed a second amended petition

17 for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in accordance with this court's

18 November 26, 2008 order.

19         In petitioner's second amended petition, rather than stating all claims and prayers

20 for relief on the form petition as the court previously instructed him to do, petitioner merely

21 refers the court to his appendix.  First, petitioner is advised that he has failed to attach any such

22 appendix to his petition.  In addition, petitioner is advised that for this court to review his

23 application, he must refile his petition and state all claims and prayers for relief on the form

24 provided by the court.  Although petitioner may submit a separate memorandum to support his

25 petition for relief, the court's application form must contain all relevant claims and must provide

26 the court with all necessary information.

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Petitioner's January 23, 2009 second amended petition for writ of habeas

3  corpus (Doc. No. 22) is dismissed with leave to filed a third amended petition within thirty days

4  from the date of this order;

5    2.  Petitioner's third amended petition must be filed on the form employed by this

6  court, must name the proper respondent, and must state all claims and prayers for relief on the

7  form.  It must bear the case number assigned to this action and must bear the title "Third

8  Amended Petition"; and

9    3.  The Clerk of the Court is directed to send petitioner the form for habeas corpus

10  application.

11  DATED: January 29, 2009.

12

13

14  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

15  DAD:9
    norm2235.app

16

17

18

19

20

21

22

23

24

25

26