IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES GLENN NORMAN, JR.

    Petitioner,                    No. CIV S-06-2235 MCE DAD P

    vs.

JOHN DOVEY, et al.,

    Respondents.                <u>FINDINGS & RECOMMENDATIONS</u>

_____/

         By order filed January 29, 2009, petitioner's second amended petition for writ of habeas corpus was dismissed and petitioner was granted leave to file a third amended petition within thirty days of the date of that order. The thirty day period has now expired, and petitioner has not filed a third amended petition or otherwise responded to the court's order.

         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

         These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1 | specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2 | F.2d 1153 (9th Cir. 1991).

3 | DATED: March 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 | DAD:lg
norm2235.fta(2)