IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES GLENN NORMAN, JR.,

    Petitioner,                    No. CIV S-06-2235 MCE DAD P

    vs.

JOHN DOVEY, et al.,

    Respondents.             ORDER

                              /

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that petitioner's July 22, 2009 motion for appointment of counsel (Doc. No. 31) is denied.

DATED: July 28, 2009.

DAD:9:kly
norm2235.110

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE