IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES GLENN NORMAN, JR.,

    Petitioner,                    No. CIV S-06-2235 MCE DAD P

    vs.

JOHN DOVEY, et al.,

    Respondents.             <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 6, 2009, respondent filed a motion to dismiss. Petitioner failed to file an opposition or otherwise respond to the motion, so on November 18, 2009, the court issued an order to show cause. In response to the court's order, petitioner has now filed an opposition to respondent's motion to dismiss.

        Good cause appearing, IT IS HEREBY ORDERED that the court's order to show cause is discharged.

DATED: December 30, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
norm2235.dch

1